UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **MUFTI ABDUL EL-MALIK-BEY ALI,** *also known as* **Muft Abdul El-Malik-Bey Ali,** *also known as* **Frances L. Smith-Bey,** *also known as* **Frances L. Smith,**  **Plaintiff,**  v.  **K. SMITH,** *IDOC Employee(s)*, *et al.*,  **Defendants.** | **CAUSE NO. 3:24-cv-00141-CCB-SLC** |

## OPINION AND ORDER

Plaintiff Mufti Abdul El-Malik-Bey Ali, a prisoner without a lawyer, filed a complaint with unrelated claims. (*See* ECF 1). Because "[u]nrelated claims against different defendants belong in different suits," *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007), he was granted leave to file an amended complaint with only related claims. (*See* ECF 9). In response, he filed an amended complaint (ECF 10), but he did not use the Court's form. Under N.D. Ind. L.R. 7-6, the Court requires he use the **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available in his prison law library.

For these reasons, the Court:

(1) STRIKES the amended complaint (ECF 10);

(2) GRANTS Mufti Abdul El-Malik-Bey Ali until **April 29, 2025**, to file an amended complaint on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form; and

(3) CAUTIONS Mufti Abdul El-Malik-Bey Ali if he does not respond by the deadline or if he files an amended complaint with unrelated claims, the Court may select a claim from his original complaint (ECF 1) and dismiss the others.

SO ORDERED.

Entered this 26th day of March 2025.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge